UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KHALED QADER                                                              CIVIL ACTION
                                                                          NO. 07-5462

VERSUS

FEDERAL EMERGENCY MANAGEMENT                                              SECTION M
AGENCY

**ORDER**

Before the Court is Defendant's Motion to Dismiss or Alternatively for Summary Judgment, which is opposed by the Plaintiff and which came for hearing on February 20, 2008, on the briefs. After consideration of the motion, the opposition and the applicable law, the Court grants the motion.

Plaintiff Khaled Qader seeks additional insurance payments for two properties for damages caused by Hurricane Katrina. The properties were insured by Standard Flood Insurance Policies (SFIP) purchased from the Federal Emergency Management Agency (FEMA) through the National Flood Insurance Program (NFIP).

FEMA paid Qader for the flood loss to his insured properties totaling $164,497.18 for building damage and $55,100.00 for contents damage for his 3531 Octavia Street property, and $78,314.43 for building damage for his 3221-23 Upperline Street property. By letter dated June 23, 2006, FEMA advised Qader that he was required to file suit within

one year from the date of the letter. Qadar filed the above-captioned suit on September 7, 2007.

Qadar alleges that FEMA's letter of June 23, 2006, denying part of his claim did not suffice as a denial, rather that he is required to file suit one year after denial of a proof of loss, rather than denial of the claim.

The statute is clear that as a federal agency, FEMA's limited waiver of sovereign immunity allowing suit provides that a plaintiff must sue within 1 year after the date of the written denial of all or part of the claim. *See* 42 U.S.C. §4072; *see also* 44 C.F.R. §62.22(a). While the statute and the case law provide that a proof of loss is required, the SFIP requires that compliance with **all** the terms of the policy is a prerequisite to bringing the lawsuit.

Accordingly, Defendant's motion to dismiss is **GRANTED.**

New Orleans, Louisiana, this 26th day of February, 2008.

Peter Beer
United States District Judge